# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3067

_____

Georgina Smith,                               *
                                              *
            Appellant,                        *
                                              *   Appeal from the United States
      v.                                      *   District Court for the
                                              *   Eastern District of Missouri.
Don Wagner; Schnucks Markets, Inc.,           *
                                              *   [UNPUBLISHED]
            Appellees.                        *

_____

Submitted: February 7, 2008
Filed: February 15, 2008

_____

Before MURPHY, COLLOTON, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Georgina Smith appeals the district court's[1] adverse grant of summary judgment on her employment-discrimination claims and dismissal without prejudice of her state-law assault claim. Having carefully reviewed the record and considered Smith's arguments, we find no basis for reversal. See Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (grant of summary judgment reviewed de novo); see also Johnson v. City of Shorewood, Minn., 360 F.3d 810, 819 (8th Cir. 2004) (district court has

---

[1]The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.

discretion to decline supplemental jurisdiction where it has dismissed all original-jurisdiction claims).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____